Dismissed and Memorandum Opinion filed August 11, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00546-CR

NO. 14-11-00547-CR

____________

 

JOHNATHAN KEITH KELLY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause Nos. 1278791,
1291524

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to credit/debit card abuse
and forgery.  In each case, in accordance with the terms of a plea bargain
agreement with the State, the trial court sentenced appellant on June 13, 2011,
to confinement for two years in the Institutional Division of the Texas
Department of Criminal Justice, to run concurrently.  In each case, appellant
filed a pro se notice of appeal.  We dismiss both appeals. 

In each case, the trial court entered a certification of the
defendant’s right to appeal in which the court certified that this is a plea
bargain case, and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  In each case, the trial court’s
certification is included in the record on appeal.  See Tex. R. App. P. 25.2(d).  The record in each case supports the trial
court’s certification.  See Dears v. State, 154 S.W.3d 610, 615 (Tex.
Crim. App. 2005).

Accordingly, the appeals are dismissed.  

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce and McCally.

Do Not Publish C Tex. R. App. P. 47.2(b)